# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Roy Rusch McCarter,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>State of Nevada, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00641-ART-DJA<br><br>**Order** |

　　　Before the Court is pro se Plaintiff Roy Rusch McCarter's motion to extend time to file an amended complaint. (ECF No. 21). The Court previously dismissed Plaintiff's complaint without prejudice and with leave to amend and gave Plaintiff until October 6, 2025, to file an amended complaint. (ECF No. 20). Plaintiff missed that deadline and did not file his motion to extend time until November 3, 2025.

　　　Plaintiff asserts that he has been diagnosed with PTSD, which has hindered his ability to timely comply with the Court's order. So, Plaintiff asserts that he has employed a paralegal to help him pursue this case. However, Plaintiff does not address the fact that he filed his motion to extend time after the October 6, 2025, deadline passed. Plaintiff also does not explain when he was diagnosed or when he hired a paralegal.

　　　This missing information is critical to the Court's determination of Plaintiff's motion to extend time. Under Federal Rule of Civil Procedure 6(b)(1)(B), the court may, for good cause, extend time "on motion made after the time has expired if the party failed to act because of excusable neglect." Because Plaintiff has not described when he was diagnosed, when he hired a paralegal, or why he missed the Court's October 6, 2025, deadline, the Court cannot find that he has shown either good cause or excusable neglect. The Court therefore denies his motion to extend without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 21) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

**IT IS FURTHER ORDERED** that if Plaintiff wishes to file a renewed motion to extend the deadline to file an amended complaint, he must do so on or before **December 15, 2025.** In any renewed motion, Plaintiff must include concrete facts showing good cause for extending the deadline and excusable neglect for missing it. **Failure to timely comply with this order may result in the recommended dismissal of this action.**

DATED: November 13, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE